```
 1  MICHAEL S. TRACY (Bar No. 101456)
    JEFFREY E. MITCHELL (Bar No. 229785)
 2  DLA PIPER RUDNICK GRAY CARY LLP                **E-filed 10/21/05**
    153 Townsend Street, Suite 800
 3  San Francisco, CA 94107
    Tel: 415-836-2500
 4  Fax: 415-836-2501

 5  Attorneys for Defendants HIGHMARK LIFE INSURANCE
    COMPANY; HIGHMARK LIFE AND CASUALTY GROUP;
 6  HIGHMARK LIFE INSURANCE COMPANY OF NEW YORK;
    HIGHMARK CASUALTY INSURANCE COMPANY; and
 7  HIGHMARK SERVICES COMPANY

 8
                         UNITED STATES DISTRICT COURT
 9
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11  JOHN GREG ALLINGTON,              No. C03 01911 JF ARB

12                Plaintiff,           STIPULATION AND [PROPOSED] ORDER
                                       TO CONTINUE
13        v.
                                       Judge:       Hon. Jeremy Fogel
14  HIGHMARK LIFE INSURANCE            Courtroom:   3
    COMPANY; HIGHMARK LIFE AND
15  CASUALTY GROUP; HIGHMARK LIFE      Date Action Filed: April 25, 2003
    INSURANCE COMPANY OF NEW
16  YORK; HIGHMARK CASUALTY
    INSURANCE COMPANY; HIGHMARK
17  SERVICES COMPANY; BUSINESS
    RESOURCE GROUP; THREE CITIES
18  RESEARCH, INC.; UNUM LIFE
    INSURANCE COMPANY OF
19  AMERICA; and DOES 1 – 50,

20                Defendants.
```

21   The parties named hereunder, by their attorneys of record, stipulate to continue this matter

22 until further notice due to Mr. Allington's anticipated disability claim. This Stipulation and

23 [Proposed] Order is supported by good cause because a Case Management Conference at this

24 point in the litigation would be premature given the present lack of controversy.

25   At the last Case Management Conference on June 17, 2005, the Court inquired about the

26 payment for mental nervous disability from May 1, 2004 to October 1, 2004. Highmark has paid

27 Mr. Allington for that period.

28

1  Mr. Allington alleges a reoccurrence of the cancer. In light of the anticipated disability
2  claim, this matter should be continued for a period long enough to allow Highmark to obtain the
3  necessary documentation and process a full review. If and when Mr. Allington submits a
4  disability claim, Highmark will evaluate the claim in the normal course of business. Due to the
5  time period required to fully evaluate a disability claim, any Case Management Conference
6  should be set at least 60 days from the date Mr. Allington files a claim.
7  Thus, the parties hereby stipulate to continue this matter until further notice of a filed
8  disability claim.
9  IT IS SO STIPULATED:
10
11  Dated: October 14, 2005
12  By_____
13  JEFFREY E. MITCHELL
   DLA PIPER RUDNICK GRAY CARY LLP
14  Attorneys for Defendants, HIGHMARK LIFE
   INSURANCE COMPANY; HIGHMARK LIFE AND
15  CASUALTY GROUP; HIGHMARK LIFE
   INSURANCE COMPANY OF NEW YORK;
16  HIGHMARK CASUALTY INSURANCE COMPANY;
   and HIGHMARK SERVICES COMPANY
17
18  Dated: October 14, 2005
19  By_____
20  EDWARD L. NILAND
   Attorney for Plaintiff, JOHN GREG ALLINGTON
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28

DLA PIPER RUDNICK
GRAY CARY LLP
SF\3116185.1
348257-1
STIPULATION TO CONTINUE
-2-
C03 01911 JF ARB

10/14/05  FRI 16:05  [TX/RX NO 9771]

## ORDER

Pursuant to stipulation, it is ORDERED that this matter is continued until further notice of a filed disability claim.  A case managment conference is set for 2/6/06 at 10:30 A.M.

Dated: __10/21/05__        /s/electronic signature authorized
　　　　　　　　　　　　　The Hon. Jeremy Fogel
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper Rudnick Gray Cary US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On October 18, 2005, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Edward L. Niland
Niland & Niland
233 Oak Meadow Drive
Los Gatos, CA  95032

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 18, 2005, at San Francisco, California.

*Judith A. Fazackerley*
Judith A. Fazackerley

DLA PIPER RUDNICK
GRAY CARY US LLP